## Commonwealth ex rel. Kuhn, Appellant, v. Russell.

Submitted September 14, 1964. *Joseph F. Kuhn,* appellant, in propria persona; *Ward F. Clark,* First Assistant District Attorney, and *William J. Carlin,* District Attorney, for appellee.

Order affirmed.